UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 25-20026 CMB |
|    JOHN D. NAPPER, | ) |
| | ) Chapter 13 |
|        Debtor. | ) |
| | ) Docket No. 21 |
|    KEY BANK, | ) Related to Docket No. 18 |
| | ) |
|        Movant, | ) Hearing Date & Time: |
| | ) |
|        vs. | ) Claim No. |
| | ) |
|    JOHN D. NAPPER AND | ) |
|    RONDA J. WINNECOUR, | ) |
|    CHAPTER 13 TRUSTEE, | ) |
|        Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

     And Now, comes the Debtor, John D. Napper, by and through his attorney, who respectfully represents the following:

     1. On or about January 5, 2025, Debtor converted his case under Chapter 7 to a case under Chapter 13 of the U.S. Bankruptcy Code.

     2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

     3. Key Bank has filed a Notice of Mortgage Payment Change.
    (a) The monthly mortgage payment of **$130.78** is being **decreased** to **$126.11** effective **3/15/2025.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount

                                                    Respectfully submitted.

Date: 3/4/2025                               /s/ Rodney D. Shepherd
                                              Rodney D. Shepherd, Esquire
                                              Attorney for the Debtor
                                              PA I.D. No. 56914
                                              2403 Sidney Street, Suite 208
                                              Pittsburgh, PA 15203
                                              (412) 471-9670
                                              rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 4th day of March, 2025, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Key Bank<br>Attn: Brent J. Lemon, Esquire<br>blemon@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670