IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )  Bankruptcy Case No. 25-20026-CMB
John D. Napper                            )  Chapter 13
Debtors.                                  )
                                          )
                                          )
                                          )

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts


        Please enter our appearance on behalf of Township of Stowe in the above captioned
matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

        Please enter the address below as the mailing address for this creditor.  All notices should
be mailed to the following address:


**Township of Stowe**
**GRB Law**
**Richard A. Monti, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

March 5, 2025

                                GRB Law,

                        By:    /s/ Richard A. Monti
                               Richard A. Monti, Esquire
                               Pa I.D. No. 326414
                               525 William Penn Place
                               Suite 3110
                               Pittsburgh, PA 15219
                               412-281-0587
                               RMonti@grblaw.com
                               Attorney for Movant

2400607.1

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Township of Stowe, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)    That there are no other requests to receive notices on behalf of this creditor, or

(  )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2025.

GRB Law,

By:    /s/ Richard A. Monti
       Richard A. Monti, Esquire
       Pa I.D. No. 326414
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       RMonti@grblaw.com
       Attorney for Movant

2400607.1