**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 25-20026 CMB |
|     JOHN D. NAPPER, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 37 |
|     KEY BANK, | ) Related to Docket No. 30 |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 9 |
| | ) |
|     JOHN D. NAPPER AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
|         Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

      And Now, comes the Debtor, John D. Napper, by and through his attorney, who respectfully represents the following:

    1.  On or about January 5, 2025, Debtor filed a Bankruptcy under Chapter 13 of the U.S. Bankruptcy Code.

    2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

    3. Key Bank has filed a Notice of Mortgage Payment Change.
  (a) The monthly mortgage payment of **$118.92** is being **increased** to **$126.12** effective **5/15/2025.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount

                                                                 Respectfully submitted.
Date:<u>5/9/2025</u>                                <u>/s/ Rodney D. Shepherd</u>
                                                        Rodney D. Shepherd, Esquire
                                                        Attorney for the Debtor
                                                        PA I.D. No. 56914
                                                        2403 Sidney Street, Suite 208
                                                        Pittsburgh, PA 15203
                                                        (412) 471-9670
                                                        rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 9th day of May, 2025, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Key Bank  
Attn: Brent J. Lemon, Esquire  
blemon@kmllawgroup.com

      By: /s/ Rodney D. Shepherd  
          Rodney D. Shepherd  
          Attorney for the Debtor  
          PA I.D. No. 56914  
          rodsheph@cs.com  
          2403 Sidney Street  
          Suite 208  
          Pittsburgh, PA 15203  
          412 471-9670