UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 25-20026 CMB |
|     JOHN D. NAPPER, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 48 |
|     KEY BANK, | ) Related to Docket No. 47 |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 9 |
| | ) |
|     JOHN D. NAPPER AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) |
| | ) |
| | ) |
|         Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, John D. Napper, by and through his attorney, who respectfully represents the following:

1. On or about January 5, 2025, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Key Bank has filed a Notice of Mortgage Payment Change.
   (a) The monthly mortgage payment of **$118.35** is being **increased** to **$124.00** effective **11/15/2025.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount.

Date: <u>11/4/2025</u>

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670

rodsheph@cs.com

# CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 4th day of November, 2025, by Electronic Filing and U.S. Mail, first class, postage pre-paid, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Key Bank |
| Chapter 13 Trustee | Attn: Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlone@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670