**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 25-20026 CMB |
|     JOHN D. NAPPER, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 51 |
|     KEY BANK, | ) Related to Docket No. 50 |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 9 |
| | ) |
|     JOHN D. NAPPER AND RONDA | ) |
|     J. WINNECOUR, CHAPTER 13 | ) |
|     TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, John D. Napper, by and through his attorney, who respectfully represents the following:

1.  On or about January 5, 2025, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Key Bank has filed a Notice of Mortgage Payment Change.
(a) The monthly mortgage payment of **$109.07** is being **increased** to **$ 118.17** effective **2/15/2026.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount.

Respectfully submitted.

Date: 3/3/2026

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670

rodsheph@cs.com

**CERTIFICATE OF SERVICE**

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 3rd day of March, 2026, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Key Bank
  Attn: Denise Carlon, Esquire
dcarlone@kmllawgroup.com

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
      Pittsburgh, PA 15203
    412 471-9670